IN THE UNITED STATES OF AMERICA
DISTRICT OF ALASKA

RECEIVED
MAY 05 2026
Clerk, U.S. District Court
Juneau, Ak

ROBERT JAMES SWANT,
Plaintiff,

Vs.

WINDOWS 98,
defendant,

NEW COMP.
Civil Act#

## Jurisdiction

21 U.S.C. (1999)
A2; 1915 (a)(2)(CDMEX32

## CLAIM

"It's bones are tubes of bronze, its limbs are bars of iron. It lies under the lotus plants,* hidden by the reeds of the marsh 40:15

*The identification of the Behemoth is disputed, ranging from an earthly creature to a mythical sea monster in ancient literature" 40:21

Or Bramble Brushes; also in 40:22

## FACT AND FIND

So take 7 bulls and 7 rams and offer a burnt offering for yourself(s) For now he had 19,000 sheep, 6000 camels, and 1000 oxen

and 1000 female donkeys (OL + MD. MOLE). He gave Job Seven Morsons, and 3 moore dotters. id. sic 1914 CD

## CONCLUSION

" JOB lived another 140 years after that, Nowhere man,

OPEN

10,000B

The difference between 1 Mux AND a 32.exe x86 is what, a 64 bit operating system running at what speeds 1 MB Per second, 256 Kbps 10 NT/Unit (FULL). Or a new invasive species tx. NONE FROM BELOW AND DIRECTLY ABOVE, WIRE-OPTICS, TO,C NOW

AND THEN
When the script
goes OFF Key
They lay down there Hle and S.T.A.R.T. Hose engines, firing away the pistons, Vroom 212, = exit 414, 79°c.°, 0711(4)9 DONE CENTER ST, SALEM, ORE.

Sincerely,
RfSf
Robert Swint
4-18-2026

true and correct
on this 18th day of
April in the year
2026

ROBERT JAMES SWINT #80485
COLUMBIA COUNTY JAIL
901 PORT AVE.
SAINT HELENS, OR 97051

PORTLAND OR RPDC 972
21 APR 2026 PM 5 L

FOREVER / USA

US DISTRICT COURT
PO BOX 020349
JUNEAU, ALASKA
99802

99802-034949